See Roberts v. State, 115 Tex. Cr. R. 431, 27 S.W.(2d) 159; McKee v. State, 116 Tex. Cr. R. 232, 34 S.W.(2d) 592; Miller v. State, 117 Tex. Cr. R. 247, 36 S.W.(2d) 158; Bryan v. State (Tex. Cr. App.) 70 S.W.(2d) 715.

It is observed that appellant received more than the minimum penalty.

The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## WALKER v. STATE.

### No. 17056.

Court of Criminal Appeals of Texas.

Nov. 7, 1934.

M. D. Emerson, of Paris, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for robbery, punishment assessed being twenty-five years' confinement in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.